IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHAUN RULEY, | : | Civil Action No. 4:14-CV-0478 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| JOHN WHIPPLE, | : | |
| Defendant. | : | |

**ORDER**

March 16, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendant's Motion for Summary Judgment[1] is GRANTED, and the case dismissed, with prejudice. The Clerk of Court is directed to close the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

---

[1] ECF No. 45.

1